PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-MC-00174-MCE-AC |
| Plaintiff, | |
| v. | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| APPROXIMATELY $10,270.00 IN U.S. CURRENCY, | |
| Defendant. | |

It is hereby stipulated by and between the United States of America and potential claimant William "Bill" Byron ("Byron"), by and through their respective counsel, as follows:

1.      On or about August 16, 2017, claimant Byron filed a claim in the administrative forfeiture proceedings with the United States Postal Inspection Service with respect to the Approximately $10,270.00 in U.S. Currency. (hereafter "defendant currency"), which was seized on May 23, 2017.

2.      The United States Postal Inspection Service has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3.      Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for

1

forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline is November 14, 2017.

4.     As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to December 14, 2017, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5.     Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to December 14, 2017.

Dated:     11/8/2017                              PHILLIP A. TALBERT
                                                 United States Attorney


                                                 /s/ Kevin C. Khasigian
                                                 KEVIN C. KHASIGIAN
                                                 Assistant U.S. Attorney


Dated:     11/8/2017                              /s/ Candice L. Fields
                                                 CANDICE L. FIELDS
                                                 Attorney for claimant
                                                 William "Bill" Byron
                                                 (Authorized via email)

## <u>ORDER</u>

Pursuant to the stipulation of the parties and good cause appearing, it is hereby ordered that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture is extended to December 14, 2017.

IT IS SO ORDERED.

Dated:  November 27, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE